# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

IN RE:

Dolores Ann Walker,

                                        No. 3:19-bk-33182-SHB

Debtor.                          Chapter 13

Objecting Party:  **Tobby Walker**

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

_____ 1.  Debtor(s) not eligible for chapter 13 relief.  11 U.S.C. § 109(e) or (g)

__X__ 2.  Plan not proposed in good faith.  11 U.S.C. § 1325(a)(3)

__X__ 3.  Creditors receive less under the plan that they would receive in a chapter 7.  11 U.S.C. § 1325(a)(4)

__X__ 4.  Plan does not provide for payment of all disposable income.  11 U.S.C. § 1325(b)(1)(B)

__X__ 5.  The plan is not feasible.  11 U.S.C. § 1325(a)(6)

_____ 6.  Unsecured claims are improperly classified or plan unfairly discriminates a class.  11 U.S.C. §  1322(b)(1)

_____ 7.  Plan improperly provides for lien avoidance.

_____ 8.  Collateral is undervalued or all collateral not listed.  11 U.S.C. § 1325(a)(5)(B)(ii)

_____ 9.  No interest provided on claim or interest rate is insufficient.  11 U.S.C. § 1325(a)(5)(B)(ii)

_____ 10. Lack of adequate protection, either in monthly payment on secured debt or absence of insurance.

_____ 11. The plan does not permit a deficiency claim.

_____ 12. Security interest in principal residence is impermissibly modified, no mortgage arrearage listed, or mortgage default is not cured within a reasonable time.  11 U.S.C. § 1325(a)(5)

\_\_\_\_\_   13. The plan does not provide for lien retention for a secured claim.  11 U.S.C. § 1325(a)(5)(B)(i)

  X     14. Other:  Debtor failed to disclose all monies received from transfer of real properties subject to lien in Grainger County Register of Deeds and per Order in Knox County Circuit Court, Division IV.

          BERNSTEIN, STAIR & McADAMS LLP


          By: /s/ W. Tyler Chastain
            W. TYLER CHASTAIN (BPR #016029)
            Bernstein, Stair & McAdams LLP
            116 Agnes Road
            Knoxville, Tennessee 37919
            (865) 546-8030
            wtylerc@bsmlaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing Objection to Confirmation of Chapter 13 Plan has been served upon the following individuals by placing same in the U.S. Mail, postage prepaid (USM) or electronically (ECF):

          Dolores Ann Walker (USM)
          1465 Blankenship Road
          Washburn, Tennessee 37888

          John Newton, Esq. (ECF)
          Law Offices of Mayer & Newton
          1111 Northshore Drive
          Suite S-570
          Knoxville, Tennessee 37919

          Gwendolyn M. Kerney (ECF)
          P. O. Box 228
          Knoxville, Tennessee 37901-0228

This the 6th day of November 2019.

          /s/ W. Tyler Chastain
          W. TYLER CHASTAIN