IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:    Dolores Ann Walker                              #19-33182-SHB
                                                          Chapter 13

OBJECTING PARTY:  **CHAPTER 13 TRUSTEE OBJECTION TO CONFIRMATION**

| | | |
|---|---|---|
| ___ | 1. | Debtor(s) not eligible for chapter 13 relief.  11 U.S.C. § 109 |
| _x_ | 2. | Plan not proposed in good faith.  11 U.S.C. § 1325(a)(3) |
| ___ | 3. | Creditors receive less under the plan that they would receive in a chapter 7.  11 U.S.C. § 1325(a)(4) |
| ___ | 4. | Plan does not provide for payment of all disposable income.  11 U.S.C. § 1325(b) |
| _x_ | 5. | The plan is not feasible.  11 U.S.C. § 1325(a)(6) |
| _x_ | 6. | Petition not filed in good faith.  11 U.S.C. §1325 (a)(7) |
| ___ | 7. | Debtor(s) has failed to pay required domestic support obligations post-petition.  11U.S.C. §1325 (a)(8) |
| ___ | 8. | Unsecured claims are improperly classified or plan unfairly discriminate as a class.  11 U.S.C. § 1322(b)(1) |
| ___ | 9. | Plan improperly provides for lien avoidance. |
| ___ | 10. | Collateral is undervalued or all collateral not listed.  11 U.S.C. § 1325(a)(5)(B) |
| ___ | 11. | No interest provided on claim or interest rate is insufficient. 11 U.S.C. §1325(a)(5)(B) |
| ___ | 12. | Lack of adequate protection, either in monthly payment on secured debt or absence of insurance. 11 U.S.C. §1325(a)(5)(B) |
| ___ | 13. | The plan does not permit a deficiency claim. |
| ___ | 14. | Security interest in principal residence is impermissibly modified, no mortgage arrearage listed, or mortgage default is not cured within a reasonable time. 11 U.S.C. §1322(b)(2) |
| ___ | 15. | Plan does not provide for lien retention for a secured claim.  11 U.S.C. § 1325(a)(5)(B) |
| ___ | 16. | Debtor(s) have unfiled federal income tax returns.  11 U.S.C. §1325 (a)(9). |
| ___ | 17. | Debtor(s) have failed to provide Trustee with copies of federal income tax returns. |
| ___ | 18. | Local Plan Form (3015-1) has been modified outside the parameters of Fed.R.Bankr. 9009. |
| _X_ | 19. | Trustee preserves any and all other applicable objections to confirmation. |
| ___ | 20. | Other :_____ |

By signing this objection, I certify that I have given oral notice of this objection to the debtor(s) and their attorney at the meeting of creditors:

s/ Gwendolyn M. Kerney
Gwendolyn M. Kerney, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995